No. 79–116. THOMAS *v.* WASHINGTON GAS LIGHT CO. ET AL. C. A. 4th Cir. [Certiorari granted, 444 U. S. 962.] Motion of the Solicitor General to permit Alan I. Horowitz, Esquire, to present oral argument *pro hac vice* granted.

No. 79–602. AGINS ET UX. *v.* CITY OF TIBURON. Sup. Ct. Cal. [Probable jurisdiction noted, 444 U. S. 1011.] Motion of appellants for additional time for oral argument, or in the alternative for divided argument, denied.

No. 79–616. MOHASCO CORP. *v.* SILVER. C. A. 2d Cir. [Certiorari granted, 444 U. S. 990.] Motion of the Solicitor General for divided argument granted.

No. 79–639. UNITED STATES *v.* SIOUX NATION OF INDIANS ET AL. Ct. Cl. [Certiorari granted, 444 U. S. 989.] Motion of Indian Law Resource Center for leave to file a brief as *amicus curiae* granted.

No. 79–703. CAREY, STATE'S ATTORNEY OF COOK COUNTY *v.* BROWN ET AL. C. A. 7th Cir. [Probable jurisdiction noted, 444 U. S. 1011.] Motion of Paul P. Biebel, Jr., Esquire, to permit Ellen G. Robinson to present oral argument *pro hac vice* granted.

No. 79–880. KISSINGER ET AL. *v.* HALPERIN ET AL. C. A. D. C. Cir. Motion of respondents to defer filing of a brief in opposition denied, and respondents are allowed 30 days in which to file the brief. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this order.

No. 79–1268. HARRIS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* McRAE ET AL. D. C. E. D. N. Y. [Probable jurisdiction noted, 444 U. S. 1069.] Motion of the Solicitor General to dispense with printing the District Court's opinion and accompanying annex, granted.